**AO 470 (8\85) Order of Temporary Detention**

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **07-MJ-6006**<br>)<br>) <br>) |
| **Prodion Donyel Ward**<br>    Defendant | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the Govt
**IT IS ORDERED** that a detention hearing is set for
**Monday, 1/22/07** at **2:00 p.m.**
before the
John A. Gorman, United States Magistrate Judge
at
Courtroom C, Federal Bldg, Peoria, Illinois

   Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

   **ENTERED** this **17th** day of **January**,**2007**.


 s/Joe B. McDade
Joe B. McDade
United States District Judge

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. §3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's