E-FILED
Thursday, 18 January, 2007  09:09:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JAN 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Criminal No. 07- 10003 |
| ) | VIO: Title 21, United States Code, |
| PRODION DONYEL WARD, ) | Sections 841(a)(1) and 841(b)(1)(A) |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Cocaine Base (Crack))

On or about January 16, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**PRODION DONYEL WARD,**

did knowingly possess more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A True Bill.

s/ Foreperson
Foreperson

s/ Tate Chambers
RODGER A. HEATON
UNITED STATES ATTORNEY

BWM