# United States District Court
## Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br> Plaintiff ) <br> ) <br> ) CASE NO. **07-10003** <br> ) <br> **Prodion Donyel Ward** ) <br> Defendant ) | |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:00 AM** on **Friday, February 23, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, March 19, 2007**

at

[ X ] Peoria, Illinois

[  ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 22nd day of January, 2007.

 s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE