E-FILED
Wednesday, 24 January, 2007  12:29:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

vs.

**PRODION DONYEL WARD**    CASE NO. 07MJ6806

FILED JAN 24 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 JAN 22 P 3:2 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **PRODION DONYEL WARD**, and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than fifty (50) grams of

a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title ___21___ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

| Joe B. McDade | United States District Court Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| s/Judge Joe B. McDade | Jan. 17, 2007    Peoria, Illinois |
|---|---|
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bond -Detention Requested__ by __Joe B. McDade, United States District Court Judge__
                                                              Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Peoria__

| Date Received 01/22/07 | Name of Arresting Officer John Couve | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 01/17/07 | Title of Arresting Officer DEA/TFO | s/agent |