IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 07-10003 |
| | ) |
| PRODION WARD, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF INTENT
TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Prodion Ward, and his counsel, Robert Alvarado, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

**10/5/99      Champaign Co.      99-CF-1608      Possession of Controlled Substance**

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Bradley W. Murphy
**BRADLEY W. MURPHY**
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert Alvarado
>Assistant Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, IL 61602

>s/ Debra L. Hansen
>Supervisory Legal Assistant