**E-FILED**
Wednesday, 11 July, 2007  02:02:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-10003 |
| | ) | |
| PRODION WARD, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant PRODION WARD by his attorney ROBERT A. ALVARADO, and moves this Court to continue the sentencing hearing for approximately 60 days.  In support defendant states as follows:

1.    Mr. Ward's sentencing is currently scheduled for July 13, 2007.  He faces a mandatory minimum sentencing range of 20 years to life imprisonment.  His advisory guideline range is much lower than the mandatory minimum sentence.

2.    Assistant U.S. Attorney Brad Murphy advised counsel that it is not yet in a position to file a motion under 18 U.S.C. 3553(e), although he expects it may be possible within approximately 60 days.

3.    Mr. Ward wishes to continue his sentencing until the Government is prepared to make such a motion, rather than wait for a Rule 35 hearing.  The benefit to him is obvious.  This court would be unable to provide Mr. Ward a full and fair sentencing hearing now, according to the requirements of 18 U.S.C. 3553(a), because the only realistic sentence the court could impose would be 20 years.  It would render the sentencing hearing essentially a meaningless exercise.

4.    Furthermore, because the Bureau of Prisons considers the length of sentence as a

significant factor in designating prisoners, Mr. Ward would be subject to a more onerous prison setting if he were not able to obtain the lowest possible sentence prior to designation.

5.       Fundamental fairness and the concerns of judicial economy would best be served by allowing additional time to prepare for sentencing.

6.       Assistant U.S. Attorney Brad Murphy advises that he does not oppose a continuance of this sentencing.

WHEREFORE, Defendant respectfully requests this court to continue the sentencing hearing for the above stated reasons for approximately 60 days.

PRODION WARD, Defendant

BY:      s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
ARDC Reg. No. 6185053
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite

400, Peoria, IL 61602 .


S/ Robert A. Alvarado

ROBERT A. ALVARADO, Reg. No. 6185053
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org