UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 07-10003 |
| PRODION WARD, | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

Now comes the Defendant PRODION WARD by his attorney ROBERT A. ALVARADO, and moves this Court to continue the sentencing hearing until July, or perhaps early August. In support defendant states as follows:

1. Mr. Ward's sentencing is currently scheduled for May 29, 2008. He faces a mandatory minimum sentencing range of 20 years to life imprisonment. His advisory guideline range is much lower than the mandatory minimum sentence.

2. Assistant U.S. Attorney Brad Murphy advised counsel that Mr. Ward's cooperation will be complete after the last week in June. After that point the Government will be in a position to fully advise this court of the extent and value of Mr. Ward's assistance to the Government.

3. Mr. Ward wishes to continue his sentencing one final time until after the end of June, perhaps July or no later than early August.

4. For all the reasons cited in earlier requests to continue this sentencing, fundamental fairness and the concerns of judicial economy would best be served by allowing a final brief continuance.

5. Assistant U.S. Attorney Brad Murphy advises that he does not oppose a continuance

of this sentencing.

WHEREFORE, Defendant respectfully requests this court to continue the sentencing hearing for the above stated reasons until July or August, if the court's schedule permits.

PRODION WARD, Defendant

BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
ARDC Reg. No. 6185053
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602 .

S/ Robert A. Alvarado

ROBERT A. ALVARADO, Reg. No. 6185053
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org