UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 07-10003 |
| | ) | |
| PRODION D.WARD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given the Defendant PRODION D. WARD appeals to the United States Court of Appeals for the Seventh Circuit from the sentence imposed in this cause on August 1, 2008 sentencing the Defendant to a term of 144 months imprisonment in the custody of the United States Bureau of Prisons and ordering special conditions of Supervised Release, and the judgment and order of the District Court entered on August 5, 2008 stating the same.

PRODION D. WARD, Defendant

RICHARD H. PARSONS
Chief Federal Public Defender

BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

                                                s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org