E-FILED
Wednesday, 06 August, 2008  09:54:06 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Crim. No. 07-10003 |
| PRODION D. WARD, | ) ) ) | |
| Defendant. | ) | |

## CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Defendant PRODION D. WARD by his attorney, Robert A. Alvarado, and, pursuant to Circuit Rule 3(c), submits the following docketing statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742(a) and is based on the following particulars:

   i. Date of entry of judgment sought to be reviewed: Sentencing in this cause on August 1, 2008 and the Judgment in a Criminal Case filed on August 5, 2008 sentencing the defendant to the custody of the Bureau of Prisons for 144 months;

   ii. Filing date of motion for new trial: None;

   iii. Disposition of motion and date of entry: None;

   iv. Filing date of notice of appeal: August 6, 2008.

PRODION D. WARD,
Defendant-Appellant

RICHARD H. PARSONS
Chief Federal Public Defender


BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org


CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org