# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Wednesday, 06 August, 2008   10:37:31 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                    Docket No.: 07-10003

Division: Peoria

**Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)**

Prodion Donyel Ward                v.   USA

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Robert A Alvarado                                Name: Bradley Murphy

Firm: FEDERAL PUBLIC DEFENDER                          Firm: US ATTY

Address: 401 Main St., Suite 1500                      Address: 211 Fulton St., Suite 400

Peoria, IL 61602                                       Peoria, IL 61602

Phone: 309-671-7891                                    Phone: 309-671-7050

---

Judge: Michael M Mihm                    Nature of Suit Code:

Court Reporter: Karen Hanna              Date Filed in District Court: 1/17/07

                                         Date of Judgment: 8/4/08

                                         Date of Notice of Appeal: 8/6/08

Counsel:  _X_Appointed      ___Retained    ___Pro Se
Fee Status:   ___Paid    _X_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X_Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): __13561-026__

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**