E-FILED
Thursday, 07 August, 2008  10:25:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 6, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2982
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
> v.
>
> PRODION WARD,
> Defendant - Appellant
>
> ---
>
> District Court No: 1:07-cr-10003-MMM-JAG-1
> Court Reporter Karen Hanna
> District Judge Michael Mihm
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 08/06/2008

If you have any questions regarding this appeal, please call this office.

CC:

Karen Hanna

Pamela E. Robinson

form name: **c7_Docket_Notice_short_form** (form ID: **188**)